UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>DEANDRE SIMMONS,<br><br>                        Defendant. | Case No.: 14cr2074-LAB/ 18cv1800-LAB<br><br>**ORDER DENYING MOTION UNDER 28 U.S.C. SECTION 2255** |

Defendant Deandre Simmons pled guilty to conspiracy to commit sex trafficking of a minor in violation of 18 U.S.C. § 1594 and was sentenced to 68 months' imprisonment, followed by ten years of supervised release. Now, over three years later, he has filed an untimely motion under 28 U.S.C. § 2255 to reduce the term of his supervised release.

Simmons argues that the law does not permit a ten-year term of supervised release, citing 18 U.S.C. § 3583(b). Besides being time-barred, his motion fails on the merits. Under 18 U.S.C. § 3583(k), the <u>minimum</u> period of supervised release

/ / /
/ / /
/ / /
/ / /

1

for this crime is five years, and supervised release for any greater period up to life is authorized.

The motion is **DENIED**.

**IT IS SO ORDERED**.

Dated:  August 2, 2018

_____
Hon. Larry Alan Burns
United States District Judge